UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                Case No. 3:23-cr-42

vs.

JUAN ANTONIO TREJO,                   District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) CONFIRMING THAT THE PARTIES' JOINT MOTION FOR A CHANGE PLEA HEARING WAS GRANTED (Doc. No. 4); AND (2) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 10)**

---

This criminal case is before the Court on the parties' joint motion for a change of plea hearing (Doc. No. 4), and on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Juan Antonio Trejo's guilty plea (Doc. No. 10). The Court hereby **CONFIRMS** that the parties' joint motion for a change of plea hearing was granted. *See id*. Moreover, there being no objections, the Court **ADOPTS** the Report and Recommendation in full and **ACCEPTS** Defendant's plea of guilty to Count 1 of the information currently pending against him and finds him guilty as charged of failure to account for and pay over federal income tax and federal insurance contributions act taxes, in violation of 26 U.S.C. § 7202. *See* Doc. No. 2. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

    June 27, 2023                                             s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge