UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN ANTONIO TREJO,

    Defendant.

Case No. 3:23-cr-42

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain

---

**ORDER REFERRING THIS CASE TO U.S. MAGISTRATE JUDGE PETER B. SILVAIN, JR. FOR (1) APPOINTMENT OF A SPANISH LANGUAGE INTERPRETER; (2) A NEW CHANGE OF PLEA HEARING WITH A SPANISH INTERPRETER PRESENT; (3) A REPORT AND RECOMMENDATION FOLLOWING THE NEW CHANGE OF PLEA HEARING; AND (4) THIS REFERRAL WILL TERMINATED UPON ISSUANCE OF THE REQUIRED REPORT AND RECOMMENDATION**

---

This criminal case is before the Court following the recess of Defendant's sentencing hearing on February 15, 2024.  The recess was necessary because during the sentencing hearing, Defendant asked the Court to appoint a Spanish language interpreter.  Recognizing that a Spanish language interpreter was not present during Defendant's prior change of plea hearing before a United States Magistrate Judge, the Court **REFERS** this case to Magistrate Judge Peter B. Silvain, Jr. for (1) appointment of a Spanish language interpreter; (2) a new change of plea hearing with a Spanish language interpreter present throughout the hearing; and (3) a Report and Recommendation following the new plea hearing.  This referral will terminate upon issuance of the required Report and Recommendation.  The Court will reconvene the sentencing hearing, with an interpreter present, thereafter.

    **IT IS SO ORDERED.**

<u>March 1, 2024</u>

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge